**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

__Eastern__ District of __New York__
                              (State)

Case number (*If known*): _____ Chapter __7__

☐ Check if this is an amended filing

Official Form 205

# Involuntary Petition Against a Non-Individual                                                      12/15

Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against an individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).

### Part 1: Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed

**1. Chapter of the Bankruptcy Code**

*Check one:*

☒ Chapter 7
☐ Chapter 11

### Part 2: Identify the Debtor

**2. Debtor's name**

GNS Metals Corp.

**3. Other names you know the debtor has used in the last 8 years**

Include any assumed names, trade names, or *doing business as* names.

**4. Debtor's federal Employer Identification Number (EIN)**

☒ Unknown

__ __ - __ __ __ __ __ __ __
EIN

**5. Debtor's address**

| Principal place of business | Mailing address, if different |
|---|---|
| 150    Broadhollow Road | 41    North Mall |
| Number  Street | Number  Street |
| Suite 215 | |
| | P.O. Box |
| Melville       NY    11747 | Plainview       NY    11803 |
| City       State  ZIP Code | City       State  ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Suffolk County | |
| County | Number  Street |
| | City       State  ZIP Code |

Official Form 205                    Involuntary Petition Against a Non-Individual                    page 1

Debtor  **GNS Metals Corp.**
Name

Case number (*if known*)_____

**6. Debtor's website** (URL)    www.gnsmetals.com

**7. Type of debtor**
- ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
- ❏ Partnership (excluding LLP)
- ❏ Other type of debtor. Specify: _____

**8. Type of debtor's business**

*Check one:*
- ❏ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ❏ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ❏ Railroad (as defined in 11 U.S.C. § 101(44))
- ❏ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ❏ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ❏ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ■ None of the types of business listed.
- ❏ Unknown type of business.

**9. To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor?**

- ■ No
- ❏ Yes. Debtor _____  Relationship _____
  District _____ Date filed _____ Case number, if known _____
  MM / DD / YYYY

  Debtor _____  Relationship _____
  District _____ Date filed _____ Case number, if known _____
  MM / DD / YYYY

## Part 3: Report About the Case

**10. Venue**

*Check one:*
- ■ Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district.
- ❏ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district.

**11. Allegations**

Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b).

The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a).

*At least one box must be checked*:
- ■ The debtor is generally not paying its debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount.
- ❏ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or an agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

**12. Has there been a transfer of any claim against the debtor by or to any petitioner?**

- ■ No
- ❏ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a).

Debtor: **GNS Metals Corp.**
Name

Case number (if known) _____

### 13. Each petitioner's claim

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| Green Tree Recycling LLC | goods sold | $44,233.00 |
| Dobbert Recycling, Inc. | goods sold | $82,182.52 |
| Garden Street Iron & Metal, Inc. of S.W. Florida | goods sold | $80,727.69 |
| | Total of petitioners' claims | $207,143.21 |

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney. Include the statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.

### Part 4: Request for Relief

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

**Petitioners or Petitioners' Representative** | **Attorneys**

Name and mailing address of petitioner
Green Tree Recycling LLC
Name
21240 Lake Patience Road
Number  Street
Land O Lakes    FL    34638
City            State  ZIP Code

Name and mailing address of petitioner's representative, if any
Matt Goldman
Name
21240 Lake Patience Road
Number  Street
Land O Lakes    FL    34638
City            State  ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.
Executed on  7/28/2017
             MM / DD / YYYY

X _____ (signature)
Signature of petitioner or representative, including representative's title

Fred Stevens
Printed name
Klestadt Winters Jureller Southard & Stevens, LLP
Firm name, if any
200  West 41st Street, 17th Floor
Number  Street
New York        NY     10036
City            State  ZIP Code
Contact phone  212-972-3000   Email  fsteven@klestadt.com
Bar number  3013851
State  NY

X _____ (signature)
Signature of attorney

Date signed  8/3/2017
             MM / DD / YYYY

Official Form 205    Involuntary Petition Against a Non-Individual    page 3

Debtor  **GNS Metals Corp.**
Name

Case number (if known) _____

---

**Name and mailing address of petitioner**

**Dobbert Recycling, Inc.**
Name

**818    E. Main Street**
Number    Street

**North Adams        MA        01247**
City                  State      ZIP Code

**Name and mailing address of petitioner's representative, if any**

**Dan Dobbert**
Name

**818    E. Main Street**
Number    Street

**North Adams        MA        01247**
City                  State      ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  07/31/2017
             MM / DD / YYYY

X  /s/ Dan Dobbert, President
Signature of petitioner or representative, including representative's title

**Fred Stevens**
Printed name

**Klestadt Winters Jureller Southard & Stevens, LLP**
Firm name, if any

**200    West 41st Street, 17th Floor**
Number    Street

**New York                NY        10036**
City                      State      ZIP Code

Contact phone  **212-972-3000**   Email  **fstevens@klestadt.com**

Bar number  **3013851**

State  **NY**

X  /s/ Fred Stevens
Signature of attorney

Date signed  08/03/2017
             MM / DD / YYYY

---

**Name and mailing address of petitioner**

**Garden Street Iron & Metal Inc. of S.W. Florida**
Name

**3350    Metro Parkway**
Number    Street

**Fort Myers            FL        33916**
City                    State      ZIP Code

**Name and mailing address of petitioner's representative, if any**

**Rob Weber**
Name

**3350    Metro Parkway**
Number    Street

**Fort Myers            FL        33916**
City                    State      ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  _____
             MM / DD / YYYY

X  _____
Signature of petitioner or representative, including representative's title

**Fred Stevens**
Printed name

**Klestadt Winters Jureller Southard & Stevens, LLP**
Firm name, if any

**200    West 41st Street, 17th Floor**
Number    Street

**New York                NY        10036**
City                      State      ZIP Code

Contact phone  **212-972-3000**   Email  **fstevens@klestadt.com**

Bar number  **3013851**

State  **NY**

X  _____
Signature of attorney

Date signed  _____
             MM / DD / YYYY

---

| Debtor | GNS Metals Corp. | Case number (if known) |
|---|---|---|
| | Name | |

**Name and mailing address of petitioner**
Dobbert Recycling, Inc.
_Name_
818  E. Main Street
_Number  Street_
North Adams        MA        01247
_City             State      ZIP Code_

**Name and mailing address of petitioner's representative, if any**
Dan Dobbert
_Name_
818  E. Main Street
_Number  Street_
North Adams        MA        01247
_City             State      ZIP Code_

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
             MM / DD / YYYY

✘ _____
Signature of petitioner or representative, including representative's title

Fred Stevens
_Printed name_
Klestadt Winters Jureller Southard & Stevens, LLP
_Firm name, if any_
200  West 41st Street, 17th Floor
_Number  Street_
New York              NY       10036
_City                 State    ZIP Code_
Contact phone  212-972-3000   Email fstevens@klestadt.com
Bar number     3013851
State          NY

✘ _____
Signature of attorney

Date signed _____
            MM / DD / YYYY

---

**Name and mailing address of petitioner**
Garden Street Iron & Metal Inc. of S.W. Florida
_Name_
3350  Metro Parkway
_Number  Street_
Fort Myers           FL        33916
_City                State     ZIP Code_

**Name and mailing address of petitioner's representative, if any**
Rob Weber
_Name_
3350  Metro Parkway
_Number  Street_
Fort Myers           FL        33916
_City                State     ZIP Code_

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  08/03/2017
             MM / DD / YYYY

✘ _[signature]_
Signature of petitioner or representative, including representative's title

Fred Stevens
_Printed name_
Klestadt Winters Jureller Southard & Stevens, LLP
_Firm name, if any_
200  West 41st Street, 17th Floor
_Number  Street_
New York              NY       10036
_City                 State    ZIP Code_
Contact phone  212-972-3000   Email fstevens@klestadt.com
Bar number     3013851
State          NY

✘ _[signature]_
Signature of attorney

Date signed  08/03/2017
             MM / DD / YYYY